**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-1695**

KARON ANN PARHAM,

                                        Plaintiff - Appellant,

        versus

THE COCA-COLA COMPANY,

                                        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CA-97-136-3)

Submitted:  July 24, 1997          Decided:  August 6, 1997

Before HAMILTON, LUTTIG, and MOTZ,[*] Circuit Judges.

Affirmed by unpublished per curiam opinion.

Karon Ann Parham, Appellant Pro Se.  Rosewell Page, III, Darryl Scott Lew, MCGUIRE, WOODS, BATTLE & BOOTHE, L.L.P., Richmond, Virginia, for Appellee.

---

        [*] Judge Motz did not participate in the consideration of this case.  The decision is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing her civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Parham v. Coca-Cola Co.</u>, No. CA-97-136-3 (E.D. Va. May 7, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>